IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAQUEITON D. BRANCH ,

    Petitioner,    JUDGMENT IN A CIVIL CASE

  v.    Case No.  16-cv-112-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Laqueiton D. Branch granting his motion for post conviction relief under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 8/22/16 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |